IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| DAVID WHITE, § | |
| § | |
| *Plaintiff*, § | |
| § | CASE NO.  5:20-CV-00073-RWS-JBB |
| v. § | |
| § | |
| FEDERAL BUREAU OF PRISONS ET AL., § | |
| § | |
| *Defendants*. § | |

## ORDER

The above-captioned lawsuit was severed out of a larger case. *See* Docket No. 1. Plaintiff David White was ordered to file an amended complaint and to pay the filing fee or seek leave to proceed *in forma pauperis*. *Id.* at 3. Plaintiff did not respond in any way to this order, and the Magistrate Judge issued a Report recommending that the lawsuit be dismissed without prejudice for failure to prosecute or to obey an order of the Court. Docket No. 4. Plaintiff received a copy of this Report but filed no objections, nor has he contacted the Court since that time. Docket No. 5.

Because Plaintiff filed no objections to the Report, he is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017).

The Court has reviewed the pleadings in this case and the Report of the Magistrate Judge. Upon such review, the Court has determined the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), cert. denied, 492 U.S. 918 (1989)

(explaining that where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). It is accordingly

**ORDERED** that the Report of the Magistrate Judge (Docket No. 4) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-styled civil action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or to obey an order of the Court. It is further

**ORDERED** that all motions which may be pending in case are **DENIED**.

**So ORDERED and SIGNED this 5th day of December, 2022.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE